OSCN Found Document:Question Submitted by: The Honorable Andy Fugate, Oklahoma House of Representatives, District 94

 

 
 Question Submitted by: The Honorable Andy Fugate, Oklahoma House of Representatives, District 942026 OK AG 5Decided: 04/23/2026OKLAHOMA ATTORNEY GENERAL OPINIONS
Cite as: 2026 OK AG 5, __ P.3d __

 

ATTORNEY GENERAL OPINION

¶0 This office has received your request for an official Attorney General Opinion in which you ask, in effect, the following question:

Is it lawful for a new Governor's Mansion financed by private donations to be constructed on the State Capitol Complex without approval by the Legislature, despite the need for later appropriations to cover the costs of maintenance and upkeep?

I.

SUMMARY

¶1 A new Governor's Mansion constructed with privately donated funds would be considered a gift or donation of property to the State, which invokes the procedures of title 60, sections 381 -- 385 of the Oklahoma Statutes. Under the relevant provisions, the Governor is authorized to accept such gifts or donations on behalf of the State and the Office of Management and Enterprise Services ("OMES") is charged with allotting the property consistent with the donors' objectives. Prior approval of the Legislature is not required. As for ongoing costs of maintenance and upkeep, title 74, section 7 of the Oklahoma Statutes authorizes the Governor to maintain his or her official residence "as necessary and appropriate" at the expense of the State, subject to funds being appropriated annually by the Legislature.

II.

BACKGROUND

¶2 Presently, the Governor's Mansion74 O.S.2021, § 1811.4Governor's Mansion, THE ENCYCLOPEDIA OF OKLAHOMA HISTORY AND CULTURE, https://www.okhistory.org/publications/enc/entry?entry=GO022 (Jan. 15, 2010). In the nearly 100 years since its original construction, the Governor's Mansion and its grounds have undergone many renovations and improvements, including the installation of a helipad--since converted to tennis courts--to accommodate a visit from President Lyndon B. Johnson in 1964, the addition of an Oklahoma-shaped swimming pool in the 1970s, and significant interior renovations and updating in 1995, including a new roof and air conditioning for the third floor. Id.; see also Mansion History, FRIENDS OF THE MANSION, INC., https://fomok.org/explore-learn/mansion-history/ (last visited Apr. 20, 2026). While the Legislature appropriates funds to cover maintenance and upkeep of the Mansion, see 74 O.S.2021, § 7See Mansion History, FRIENDS OF THE MANSION, INC.; see also State of Oklahoma, Governor's Mansion, https://oklahoma.gov/governor/about/governors-mansion.html (last visited Apr. 20, 2026).

¶3 In 2022, it was reported that private fundraising was underway to finance construction of a new Governor's residence on the grounds of the existing Governor's Mansion. See Chris Casteel and Carmen Forman, Private Group Raises Money for New Oklahoma Governor's Residence, THE OKLAHOMAN (Oct. 13, 2022), https://www.oklahoman.com. On August 28, 2025, formal plans for a new "first family residence" (the "New Residence") were presented for approval at a special meeting of the State Capitol Preservation Commission. See State Capitol Preservation Comm'n, Special Meeting Minutes (Aug. 28, 2025), available at https://oklahoma.gov/content/dam/ok/en/omes/documents/cpc-minutes-sm-2025-08-28-UA.pdf. The existing Governor's Mansion will "continue to be used for ceremonial events, remain open for tours, and serve breakfast, lunch, and dinner as it does now," and may be used to accommodate official state guests. Id.

¶4 As discussed below, presuming that the New Residence will be the property of the State, the Governor may accept private donations for its construction. But see infra note 4. The Legislature plays no role in determining whether such donations should be accepted, but it will have some ongoing control over the budget for the New Residence's costs of upkeep. See 74 O.S.2021, § 7

III.

DISCUSSION

¶5 Oklahoma law permits the State to accept gifts or donations of property. Specifically, by statute, the State of Oklahoma is empowered to "take title or any interest therein . . . to any property, real, personal or mixed, by gift, testamentary or otherwise[.]" 60 O.S.2021, § 381see also Mitchell v. Williamson, 1956 OK 304304 P.2d 31460 O.S.2021, § 383Id. §§ 384, 385. Notably, the Legislature did not reserve for itself any role in the acceptance or disposition of property gifted to the State, except for specific gifts to the Legislature. Id. § 383(B). 

¶6 According to the information available to this office, private funds have been donated for the construction of the New Residence on the grounds of the current Governor's Mansion. See Cox v. State ex rel. Okla. Dep't. of Hum. Servs., 2004 OK 1787 P.3d 607See 60 O.S.2021, §§ 384

¶7 With that being said, the New Residence, like any real property, will undoubtedly require regular maintenance and upkeep at the State's expense. That is a concern for the Legislature, as it has constitutional authority over appropriation of state funds. See OKLA. CONST. art. V, § 55. However, the Legislature has addressed the issue of maintenance costs of the Governor's residence in Title 74, Section 7 of the Oklahoma Statutes, which provides, in relevant part, as follows:

The Governor of the State of Oklahoma is hereby authorized, at the expense of the state, and within the limitations of the appropriation authorized below, to maintain in such manner as the governor deems necessary and appropriate, the mansion provided for his occupancy by the State of Oklahoma and to pay all expenses connected with said occupancy. Such expenses shall include food, entertainment and such other expenditures as would be necessary and proper for the Governor, the family and the guests of the Governor when the duties of the Office of Governor dictate such expenditures. The expense of the occupancy and upkeep of the Governor's Mansion shall be from funds appropriated annually by the Legislature from the General Revenue Fund for such purposes. The funds shall be paid monthly upon a claim approved by the Governor of Oklahoma. The Governor shall deposit such funds in a separate account and shall keep a separate record of all expenditures.

¶8 74 O.S.2021, § 7see generally 1983 OK AG 18

¶9 Finally, it is worth noting that this is not the first time privately-funded construction at, or on the grounds of, the Governor's Mansion will bring with it ongoing maintenance costs. As noted above, for the past fifty years the Governor's Mansion and its grounds have undergone many improvements, some of which, like the pool in the 1970s and an outdoor kitchen in 2017, were gifts or paid for with private donations; none were subject to approval by the Legislature.

¶10 It is, therefore, the official Opinion of the Attorney General that: 

It is lawful for a new Governor's Mansion financed by private donations to be constructed on the State Capitol Complex without approval by the Legislature, so long as the State complies with the gift provisions of title 60, sections 381 -- 385 of the Oklahoma Statutes.

AMIE N. ELY
FIRST ASSISTANT ATTORNEY GENERAL 8

TY MOWDY
ASSISTANT ATTORNEY GENERAL

FOOTNOTES

See, e.g., 73 O.S.2021, § 1

See 74 O.S.2021, §§ 4101

public funds for the construction of public buildings on State-owned property is subject to extensive legal and regulatory requirements that are outside the scope of this Opinion.

See, e.g., 2011 OK AG 61985 OK AG 135

See NEB. REV. STAT. ANN. § 81-1,113 (West 2025), VT. STAT. ANN. tit. 32, § 5 (West 2025).

See 1983 OK AG 18Id. ¶¶ 14-15. After an increase to $58,000 annually in the late 1990s and early 2000s, the Legislature discontinued annual line-item appropriations to the Mansion Account and instead appropriated a yearly lump sum to the Office of the Governor. However, the Legislature separately appropriated $2 million in 2019 to "complete repairs and maintenance of the Governor's Mansion," 2019 Okla. Sess. Laws ch.445, § 130, and $10 million in 2021 for the "purpose of security enhancements at the State Capitol Complex and the Governor's Mansion." 2021 Okla. Sess. Laws ch.506, § 141.

See 74 O.S., ch.62, app. I, r. 4.7. The First Assistant Attorney General executes this Opinion pursuant to her authority under title 74, section 28 of the Oklahoma Statutes.